# EXHIBIT

# 6



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

July 22, 2016

FIRST CLASS & CERTIFIED MAIL

Gilbert Lantini, II
c/o John Ennis, Esq
1200 Reservoir Avenue
Cranston, RI 02920

Certified Article Number
9414 7266 9904 2072 0154 75
SENDERS RECORD

RE: NOTICE OF DEFAULT
Property Address: 2075 Plainfield Pike, Johnston, RI 02919
Our File No. 10-001520

Dear Sir/Madam:

Please be advised that this firm has been retained by Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 (the "Mortgagee") to commence foreclosure proceedings on the above-entitled premises for breach of the covenants of the mortgage of Gilbert Lantini II to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Funding Corporation dated August 23, 2005 in the original principal amount of $264,000.00 recorded in Book 1609 at Page 272 in the Records of Land Evidence in the Town of Johnston, RI, which mortgage secures a Note of Gilbert Lantini II to Aegis Funding Corporation of same date and original principal amount.

Specifically, the aforesaid Note and Mortgage are in default as payments of principal and/or interest have not been made in accordance with the terms and conditions of the Note and Mortgage. Your loan is in default for the November 1, 2013 payment and all the payments due each month thereafter, as provided in said Note. The amount required to cure the default as of the date of this letter is $61,397.86. DEMAND is hereby made against you to cure this default by August 21, 2016. In order to cure this default, you must pay the total amount of $61,397.86 in addition to other amounts that become due from the date of this letter through the date you pay (the "arrearage"). On the day that you intend to pay, please contact this office to request the full amount owed on your account as the amount due on the day you pay may be greater than stated above, due to interest, late charges and other charges or credits that may vary from day to day, or may be assessed after the date of this letter. The necessary amount must be received in certified funds

U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 is aware you have been granted a Chapter 7 Discharge by the United States Bankruptcy Court for the District of Rhode Island in Case #1:14-bk-11757. Accordingly, you will have no personal liability and U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 will have no recourse against you in the event a foreclosure sale of your property fails to generate sufficient funds to satisfy the indebtedness secured by the Mortgage.

THIS NOTICE IS NOT INTENDED AND NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. THE PURPOSE OF THIS CORRESPONDENCE IS SIMPLY TO COMPLY WITH THE NOTICE REQUIREMENTS CONTAINED IN THE MORTGAGE AND TO AFFORD YOU THE OPPORTUNITY TO CURE THE DEFAULT BEFORE FORECLOSURE PROCEEDINGS ARE COMMENCED.

You are advised that unless the arrearage is received by the Mortgagee, c/o Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851 by August 21, 2016, the Mortgagee may accelerate the payment of all sums secured by the aforesaid mortgage and may exercise all rights as set forth under the power of sale contained in said mortgage, including a foreclosure sale of the mortgaged premises. Please be advised that you have the right to reinstate after acceleration and you have the right to bring a court action to assert the non-existence of a default or any other defense which you have to the acceleration and the sale of the mortgaged premises.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If, within the thirty-day period, you notify this office in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. If requested within 30 days of receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Please give this your immediate attention.

Very truly yours,

Susan W. Cody
SWC/dv

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

July 22, 2016

FIRST CLASS & CERTIFIED MAIL

Gilbert Lantini, II
23 Rotary Drive
Johnston, RI 02919



Certified Article Number

9414 7266 9904 2072 0154 68

SENDERS RECORD

RE: NOTICE OF DEFAULT
Property Address: 2075 Plainfield Pike, Johnston, RI 02919
Our File No. 10-001520

Dear Sir/Madam:

Please be advised that this firm has been retained by Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 (the "Mortgagee") to commence foreclosure proceedings on the above-entitled premises for breach of the covenants of the mortgage of Gilbert Lantini II to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Funding Corporation dated August 23, 2005 in the original principal amount of $264,000.00 recorded in Book 1609 at Page 272 in the Records of Land Evidence in the Town of Johnston, RI, which mortgage secures a Note of Gilbert Lantini II to Aegis Funding Corporation of same date and original principal amount.

Specifically, the aforesaid Note and Mortgage are in default as payments of principal and/or interest have not been made in accordance with the terms and conditions of the Note and Mortgage. Your loan is in default for the November 1, 2013 payment and all the payments due each month thereafter, as provided in said Note. The amount required to cure the default as of the date of this letter is $61,397.86. DEMAND is hereby made against you to cure this default by August 21, 2016. In order to cure this default, you must pay the total amount of $61,397.86 in addition to other amounts that become due from the date of this letter through the date you pay (the "arrearage"). On the day that you intend to pay, please contact this office to request the full amount owed on your account as the amount due on the day you pay may be greater than stated above, due to interest, late charges and other charges or credits that may vary from day to day, or may be assessed after the date of this letter. The necessary amount must be received in certified funds

U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 is aware you have been granted a Chapter 7 Discharge by the United States Bankruptcy Court for the District of Rhode Island in Case #1:14-bk-11757. Accordingly, you will have no personal liability and U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 will have no recourse against you in the event a foreclosure sale of your property fails to generate sufficient funds to satisfy the indebtedness secured by the Mortgage.

THIS NOTICE IS NOT INTENDED AND NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. THE PURPOSE OF THIS CORRESPONDENCE IS SIMPLY TO COMPLY WITH THE NOTICE REQUIREMENTS CONTAINED IN THE MORTGAGE AND TO AFFORD YOU THE OPPORTUNITY TO CURE THE DEFAULT BEFORE FORECLOSURE PROCEEDINGS ARE COMMENCED.

You are advised that unless the arrearage is received by the Mortgagee, c/o Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851 by August 21, 2016, the Mortgagee may accelerate the payment of all sums secured by the aforesaid mortgage and may exercise all rights as set forth under the power of sale contained in said mortgage, including a foreclosure sale of the mortgaged premises. Please be advised that you have the right to reinstate after acceleration and you have the right to bring a court action to assert the non-existence of a default or any other defense which you have to the acceleration and the sale of the mortgaged premises.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If, within the thirty-day period, you notify this office in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. If requested within 30 days of receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Please give this your immediate attention.

Very truly yours,

Susan W. Cody
SWC/dv

900 CHELMSFORD STREET, SUITE 3102, LOWELL, MASSACHUSETTS 01851
PHONE: 978-256-1500 / FAX: 978-256-7615
HOURS OF OPERATION: 8:30AM – 5:30PM, EST MONDAY THRU FRIDAY



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

Serving Massachusetts, New Hampshire, & Rhode Island

July 22, 2016

FIRST CLASS & CERTIFIED MAIL

Gilbert Lantini, II
94 Taylor Drive
North Smithfield, RI 02896

**Certified Article Number**
9414 7266 9904 2072 0154 51
**SENDERS RECORD**

RE: NOTICE OF DEFAULT
Property Address: 2075 Plainfield Pike, Johnston, RI 02919
Our File No. 10-001520

Dear Sir/Madam:

Please be advised that this firm has been retained by Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 (the "Mortgagee") to commence foreclosure proceedings on the above-entitled premises for breach of the covenants of the mortgage of Gilbert Lantini II to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Funding Corporation dated August 23, 2005 in the original principal amount of $264,000.00 recorded in Book 1609 at Page 272 in the Records of Land Evidence in the Town of Johnston, RI, which mortgage secures a Note of Gilbert Lantini II to Aegis Funding Corporation of same date and original principal amount.

Specifically, the aforesaid Note and Mortgage are in default as payments of principal and/or interest have not been made in accordance with the terms and conditions of the Note and Mortgage. Your loan is in default for the November 1, 2013 payment and all the payments due each month thereafter, as provided in said Note. The amount required to cure the default as of the date of this letter is $61,397.86. DEMAND is hereby made against you to cure this default by August 21, 2016. In order to cure this default, you must pay the total amount of $61,397.86 in addition to other amounts that become due from the date of this letter through the date you pay (the "arrearage"). On the day that you intend to pay, please contact this office to request the full amount owed on your account as the amount due on the day you pay may be greater than stated above, due to interest, late charges and other charges or credits that may vary from day to day, or may be assessed after the date of this letter. The necessary amount must be received in certified funds

U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 is aware you have been granted a Chapter 7 Discharge by the United States Bankruptcy Court for the District of Rhode Island in Case #1:14-bk-11757. Accordingly, you will have no personal liability and U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 will have no recourse against you in the event a foreclosure sale of your property fails to generate sufficient funds to satisfy the indebtedness secured by the Mortgage.

THIS NOTICE IS NOT INTENDED AND NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. THE PURPOSE OF THIS CORRESPONDENCE IS SIMPLY TO COMPLY WITH THE NOTICE REQUIREMENTS CONTAINED IN THE MORTGAGE AND TO AFFORD YOU THE OPPORTUNITY TO CURE THE DEFAULT BEFORE FORECLOSURE PROCEEDINGS ARE COMMENCED.

You are advised that unless the arrearage is received by the Mortgagee, c/o Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851 by August 21, 2016, the Mortgagee may accelerate the payment of all sums secured by the aforesaid mortgage and may exercise all rights as set forth under the power of sale contained in said mortgage, including a foreclosure sale of the mortgaged premises. Please be advised that you have the right to reinstate after acceleration and you have the right to bring a court action to assert the non-existence of a default or any other defense which you have to the acceleration and the sale of the mortgaged premises.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If, within the thirty-day period, you notify this office in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. If requested within 30 days of receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Please give this your immediate attention.

Very truly yours,

Susan W. Cody
SWC/dv

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851
Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30AM – 5:30PM, EST Monday thru Friday



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

July 22, 2016

FIRST CLASS & CERTIFIED MAIL

Gilbert Lantini, II
2075 Plainfield Pike
Johnston, RI 02919

Certified Article Number
9414 7266 9904 2072 0154 82

SENDERS RECORD

RE: NOTICE OF DEFAULT
Property Address: 2075 Plainfield Pike, Johnston, RI 02919
Our File No. 10-001520

Dear Sir/Madam:

Please be advised that this firm has been retained by Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 (the "Mortgagee") to commence foreclosure proceedings on the above-entitled premises for breach of the covenants of the mortgage of Gilbert Lantini II to Mortgage Electronic Registration Systems, Inc., as nominee for Aegis Funding Corporation dated August 23, 2005 in the original principal amount of $264,000.00 recorded in Book 1609 at Page 272 in the Records of Land Evidence in the Town of Johnston, RI, which mortgage secures a Note of Gilbert Lantini II to Aegis Funding Corporation of same date and original principal amount.

Specifically, the aforesaid Note and Mortgage are in default as payments of principal and/or interest have not been made in accordance with the terms and conditions of the Note and Mortgage. Your loan is in default for the November 1, 2013 payment and all the payments due each month thereafter, as provided in said Note. The amount required to cure the default as of the date of this letter is $61,397.86. DEMAND is hereby made against you to cure this default by August 21, 2016. In order to cure this default, you must pay the total amount of $61,397.86 in addition to other amounts that become due from the date of this letter through the date you pay (the "arrearage"). On the day that you intend to pay, please contact this office to request the full amount owed on your account as the amount due on the day you pay may be greater than stated above, due to interest, late charges and other charges or credits that may vary from day to day, or may be assessed after the date of this letter. The necessary amount must be received in certified funds

U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 is aware you have been granted a Chapter 7 Discharge by the United States Bankruptcy Court for the District of Rhode Island in Case #1:14-bk-11757. Accordingly, you will have no personal liability and U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5 will have no recourse against you in the event a foreclosure sale of your property fails to generate sufficient funds to satisfy the indebtedness secured by the Mortgage.

THIS NOTICE IS NOT INTENDED AND NOTHING CONTAINED HEREIN SHOULD BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT. THE PURPOSE OF THIS CORRESPONDENCE IS SIMPLY TO COMPLY WITH THE NOTICE REQUIREMENTS CONTAINED IN THE MORTGAGE AND TO AFFORD YOU THE OPPORTUNITY TO CURE THE DEFAULT BEFORE FORECLOSURE PROCEEDINGS ARE COMMENCED.

You are advised that unless the arrearage is received by the Mortgagee, c/o Korde & Associates, P.C., 900 Chelmsford Street, Suite 3102, Lowell, MA 01851 by August 21, 2016, the Mortgagee may accelerate the payment of all sums secured by the aforesaid mortgage and may exercise all rights as set forth under the power of sale contained in said mortgage, including a foreclosure sale of the mortgaged premises. Please be advised that you have the right to reinstate after acceleration and you have the right to bring a court action to assert the non-existence of a default or any other defense which you have to the acceleration and the sale of the mortgaged premises.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If, within the thirty-day period, you notify this office in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. If requested within 30 days of receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.

Please give this your immediate attention.

Very truly yours,

Susan W. Cody
SWC/dv