# EXHIBIT

# 7

Transaction History For Loan Number: [redacted]

| Transaction Date | Effective | Cash | Transaction | Deferred | P | INCPMTAM | Rvsl!Typ | Reversal! | Tran Typ Desc | Next Due | Orig Next Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/2017 | 3/14/2017 | Y | 1,250.10- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 3/8/2017 | 3/8/2017 | Y | 105.00- | | 0 | 0 | | | Insurance Escrow Disb-Lender p | 11/1/2013 | 11/1/2013 |
| 2/7/2017 | 2/7/2017 | Y | 105.00- | | 0 | 0 | | | Insurance Escrow Disb-Lender p | 11/1/2013 | 11/1/2013 |
| 1/6/2017 | 1/6/2017 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 1/6/2017 | 1/6/2017 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 1/6/2017 | 1/6/2017 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 1/6/2017 | 1/6/2017 | Y | 105.00- | | 0 | 0 | | | Insurance Escrow Disb-Lender p | 11/1/2013 | 11/1/2013 |
| 12/14/2016 | 12/14/2016 | Y | 1,250.10- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 12/12/2016 | 12/12/2016 | Y | 525.00- | | 0 | 0 | | | Insurance Escrow Disb-Lender p | 11/1/2013 | 11/1/2013 |
| 10/4/2016 | 10/4/2016 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 9/20/2016 | 9/20/2016 | Y | 1,250.10- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 8/1/2016 | 8/1/2016 | Y | 1,250.13- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 6/21/2016 | 6/21/2016 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 3/21/2016 | 3/21/2016 | Y | 1,182.79- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 2/5/2016 | 2/5/2016 | Y | 108 | | 0 | 0 | | | Investor Billable Exp Payment | 11/1/2013 | 11/1/2013 |
| 2/5/2016 | 2/5/2016 | Y | 110 | | 0 | 0 | | | Investor Billable Exp Payment | 11/1/2013 | 11/1/2013 |
| 12/29/2015 | 12/29/2015 | Y | 1,182.79- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 12/17/2015 | 12/17/2015 | N | 108 | | 0 | 0 | | | Expense Waive | 11/1/2013 | 11/1/2013 |
| 11/20/2015 | 11/20/2015 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 11/18/2015 | 11/18/2015 | N | 0 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 10/28/2015 | 10/28/2015 | N | 5 | | 0 | 0 | | | Fee Waive | 11/1/2013 | 11/1/2013 |
| 9/17/2015 | 9/17/2015 | Y | 1,182.79- | | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/2015 | 8/25/2015 | N | 264 | 0 | 0 | | | Expense Waive | 11/1/2013 | 11/1/2013 |
| 7/31/2015 | 7/31/2015 | Y | 1,182.80- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 7/30/2015 | 7/30/2015 | Y | 0.03 | 0.03 | 0 | | | Deferred Principal adjustment | 11/1/2013 | 11/1/2013 |
| 7/22/2015 | 7/22/2015 | N | 5.25 | 0 | 0 | | | Expense Waive | 11/1/2013 | 11/1/2013 |
| 2/27/2015 | 2/27/2015 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 12/31/2014 | 12/31/2014 | N | 0.01 | 0 | 0 | | | Escrow Interest Posting | 11/1/2013 | 11/1/2013 |
| 12/9/2014 | 12/9/2014 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 9/19/2014 | 9/19/2014 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 8/6/2014 | 8/6/2014 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 7/18/2014 | 7/18/2014 | Y | 2,588.00- | 0 | 0 | | | Insurance Escrow Disb-Hazard I | 11/1/2013 | 11/1/2013 |
| 3/12/2014 | 3/12/2014 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 11/1/2013 |
| 1/6/2014 | 12/31/2013 | Y | 750 | 0 | 0 | | | Partial/Suspense Payment | 11/1/2013 | 11/1/2013 |
| 1/6/2014 | 1/6/2014 | N | 1,466.36 | 0 | 0 | | | Payment Returned | 11/1/2013 | 11/1/2013 |
| 1/6/2014 | 1/6/2014 | Y | 1,466.36- | 0 | 0 | CB | | Regular/Spread | 11/1/2013 | 11/1/2013 |
| 1/6/2014 | 1/6/2014 | Y | 750.00- | 0 | 0 | RV | | Principal Payment | 11/1/2013 | 12/1/2013 |
| 1/6/2014 | 1/6/2014 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 11/1/2013 | 12/1/2013 |
| 12/31/2013 | 12/31/2013 | N | 11.37 | 0 | 0 | | | Escrow Interest Posting | 11/1/2013 | 12/1/2013 |
| 12/31/2013 | 12/31/2013 | Y | 26,538.05 | 26,538.05 | 0 | | | Deferred Principal adjustment | 11/1/2013 | 12/1/2013 |
| 12/31/2013 | 12/31/2013 | Y | 750 | 0 | 0 | | 1/6/2014 | Principal Payment | 11/1/2013 | 12/1/2013 |
| 12/30/2013 | 12/30/2013 | Y | 1,466.36 | 0 | 0 | | 1/6/2014 | Regular/Spread | 12/1/2013 | 12/1/2013 |
| 12/9/2013 | 12/9/2013 | Y | 1,596.36 | 0 | 0 | | | Regular/Spread | 11/1/2013 | 11/1/2013 |
| 12/4/2013 | 12/4/2013 | N | 1,556.36 | 0 | 0 | | | Payment Returned | 10/1/2013 | 10/1/2013 |
| 12/4/2013 | 12/4/2013 | Y | 1,556.36- | 0 | 0 | CB | | Regular/Spread | 10/1/2013 | 10/1/2013 |
| 11/27/2013 | 11/27/2013 | Y | 1,556.36 | 0 | 0 | | 12/4/2013 | Regular/Spread | 11/1/2013 | 11/1/2013 |
| 9/30/2013 | 9/30/2013 | Y | 1,556.36 | 0 | 0 | | | Regular/Spread | 10/1/2013 | 10/1/2013 |
| 9/23/2013 | 9/23/2013 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 9/1/2013 | 9/1/2013 |
| 8/31/2013 | 8/31/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 9/1/2013 | 9/1/2013 |
| 8/23/2013 | 8/23/2013 | Y | 2,420.00- | 0 | 0 | | | Insurance Escrow Disb-Hazard I | 8/1/2013 | 8/1/2013 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2013 | 8/2/2013 | Y | 1,173.00- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 8/1/2013 | 8/1/2013 |
| 7/25/2013 | 7/25/2013 | Y | 1,556.36 | 0 | 0 | | | Regular/Spread | 8/1/2013 | 8/1/2013 |
| 7/9/2013 | 7/9/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 7/1/2013 | 7/1/2013 |
| 7/8/2013 | 7/8/2013 | N | 1,531.36 | 0 | 0 | | | Payment Returned | 6/1/2013 | 6/1/2013 |
| 7/8/2013 | 7/8/2013 | Y | 1,531.36- | 0 | 0 | CB | | Regular/Spread | 6/1/2013 | 6/1/2013 |
| 7/1/2013 | 7/1/2013 | Y | 1,531.36 | 0 | 0 | | 7/8/2013 | Regular/Spread | 7/1/2013 | 7/1/2013 |
| 5/10/2013 | 5/10/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 6/1/2013 | 6/1/2013 |
| 4/30/2013 | 4/30/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 5/1/2013 | 5/1/2013 |
| 3/25/2013 | 3/25/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 4/1/2013 | 4/1/2013 |
| 3/20/2013 | 3/20/2013 | Y | 1,164.48- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 3/1/2013 | 3/1/2013 |
| 2/25/2013 | 2/25/2013 | Y | 1,000.00 | 0 | 1000.00- | | | Principal Payment | 3/1/2013 | 3/1/2013 |
| 2/15/2013 | 2/15/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 3/1/2013 | 3/1/2013 |
| 1/28/2013 | 1/28/2013 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 2/1/2013 | 2/1/2013 |
| 1/24/2013 | 1/24/2013 | Y | 1,164.48- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 1/1/2013 | 1/1/2013 |
| 12/31/2012 | 12/31/2012 | N | 35.4 | 0 | 0 | | | Escrow Interest Posting | 1/1/2013 | 1/1/2013 |
| 12/31/2012 | 12/31/2012 | Y | 26,535.43 | 26,535.43 | 0 | | | Deferred Principal adjustment | 1/1/2013 | 1/1/2013 |
| 12/31/2012 | 12/31/2012 | Y | 1,531.36 | 0 | 0 | | | Regular/Spread | 1/1/2013 | 1/1/2013 |
| 11/30/2012 | 11/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 12/1/2012 | 12/1/2012 |
| 10/26/2012 | 10/26/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 11/1/2012 | 11/1/2012 |
| 10/5/2012 | 10/5/2012 | Y | 1,164.48- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 10/1/2012 | 10/1/2012 |
| 9/28/2012 | 9/28/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 10/1/2012 | 10/1/2012 |
| 8/30/2012 | 8/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 9/1/2012 | 9/1/2012 |
| 8/13/2012 | 8/13/2012 | Y | 1,164.51- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 8/1/2012 | 8/1/2012 |
| 7/30/2012 | 7/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 8/1/2012 | 8/1/2012 |
| 7/25/2012 | 7/25/2012 | Y | 2,270.00- | 0 | 0 | | | Insurance Escrow Disb-Hazard I | 7/1/2012 | 7/1/2012 |
| 6/20/2012 | 6/20/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 7/1/2012 | 7/1/2012 |
| 5/30/2012 | 5/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 6/1/2012 | 6/1/2012 |
| 4/30/2012 | 4/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 5/1/2012 | 5/1/2012 |
| 4/4/2012 | 4/4/2012 | Y | 1,164.48- | 0 | 0 | | | Tax Escrow Disbursement-Town T | 4/1/2012 | 4/1/2012 |
| 3/30/2012 | 3/30/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 4/1/2012 | 4/1/2012 |
| 3/9/2012 | 3/9/2012 | Y | 26,532.78 | 26,532.78 | 0 | | | Deferred Principal adjustment | 3/1/2012 | 3/1/2012 |
| 2/27/2012 | 2/27/2012 | Y | 1,513.49 | 0 | 0 | | | Regular/Spread | 3/1/2012 | 3/1/2012 |
| 2/3/2012 | 2/3/2012 | Y | 186.72 | 0 | 0 | | | Late Charge Waive | 2/1/2012 | 2/1/2012 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/31/2012 | 1/31/2012 | Y | 1,513.49 | 0 | 0 | Regular/Spread | 2/1/2012 | 2/1/2012 |
| 1/18/2012 | 1/17/2012 | Y | 1,000.00 | 0 | 1000.00- | Principal Payment | 1/1/2012 | 1/1/2012 |
| 1/10/2012 | 1/10/2012 | Y | 1,164.48- | 0 | 0 | Tax Escrow Disbursement-Town T | 1/1/2012 | 1/1/2012 |
| 12/31/2011 | 12/31/2011 | N | 26.7 | 0 | 0 | Escrow Interest Posting | 1/1/2012 | 1/1/2012 |
| 12/29/2011 | 12/29/2011 | Y | 1,513.49 | 0 | 0 | Regular/Spread | 1/1/2012 | 1/1/2012 |
| 11/23/2011 | 11/23/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 12/1/2011 | 12/1/2011 |
| 10/28/2011 | 10/28/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 11/1/2011 | 11/1/2011 |
| 10/17/2011 | 10/17/2011 | Y | 1,164.48- | 0 | 0 | Tax Escrow Disbursement-Town T | 10/1/2011 | 10/1/2011 |
| 9/29/2011 | 9/29/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 10/1/2011 | 10/1/2011 |
| 8/31/2011 | 8/31/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 9/1/2011 | 9/1/2011 |
| 8/26/2011 | 8/26/2011 | Y | 158.43- | 0 | 0 | Tax Escrow Disbursement-Town T | 8/1/2011 | 8/1/2011 |
| 7/29/2011 | 7/29/2011 | Y | 1,164.51- | 0 | 0 | Tax Escrow Disbursement-Town T | 8/1/2011 | 8/1/2011 |
| 7/25/2011 | 7/25/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 8/1/2011 | 8/1/2011 |
| 7/22/2011 | 7/22/2011 | Y | 2,190.00- | 0 | 0 | Insurance Escrow Disb-Hazard I | 7/1/2011 | 7/1/2011 |
| 6/27/2011 | 6/27/2011 | Y | 1,529.92 | 0 | 0 | Regular/Spread | 7/1/2011 | 7/1/2011 |
| 5/26/2011 | 5/26/2011 | Y | 25 | 0 | 0 | Principal Payment | 6/1/2011 | 6/1/2011 |
| 5/26/2011 | 5/26/2011 | Y | 1,504.92 | 0 | 0 | Regular/Spread | 6/1/2011 | 6/1/2011 |
| 5/3/2011 | 5/3/2011 | Y | 25 | 0 | 0 | Partial/Suspense Payment | 5/1/2011 | 5/1/2011 |
| 4/29/2011 | 4/29/2011 | Y | 1,529.92 | 0 | 0 | Regular Payment | 5/1/2011 | 5/1/2011 |
| 3/30/2011 | 3/30/2011 | Y | 1,529.92 | 0 | 0 | Regular Payment | 4/1/2011 | 4/1/2011 |
| 3/25/2011 | 3/25/2011 | Y | 1,120.26- | 0 | 0 | Tax Escrow Disbursement-Town T | 3/1/2011 | 3/1/2011 |
| 3/21/2011 | 3/21/2011 | Y | 450 | 0 | 0 | Expense Payment | 3/1/2011 | 3/1/2011 |
| 3/21/2011 | 3/21/2011 | Y | 450.00- | 0 | 0 | Investor Suspense Adjustment | 3/1/2011 | 3/1/2011 |
| 3/18/2011 | 3/18/2011 | Y | 48 | 0 | 0 | Expense Payment | 3/1/2011 | 3/1/2011 |
| 3/18/2011 | 3/18/2011 | Y | 48.00- | 0 | 0 | Investor Suspense Adjustment | 3/1/2011 | 3/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 79,606.29- | -79,606.29 | 0 | Deferred Principal adjustment | 3/1/2011 | 3/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 498 | 0 | 0 | Investor Suspense | 3/1/2011 | 3/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 50,600.00 | 0 | 0 | Principal Balance Adjustment | 3/1/2011 | 3/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 3,444.89- | 0 | 0 | Escrow Balance Adjustment | 3/1/2011 | 3/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 3/1/2011 | 3/1/2011 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 2/1/2011 | 2/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 1/1/2011 | 1/1/2011 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 12/1/2010 | 12/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 11/1/2010 | 11/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 10/1/2010 | 10/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 9/1/2010 | 9/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 8/1/2010 | 8/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 7/1/2010 | 7/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 6/1/2010 | 6/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 5/1/2010 | 5/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 2,310.19 | 0 | 0 | Regular/Multiple | 4/1/2010 | 4/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 1,028.28 | 0 | 0 | Late Charge Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 900 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 1,420.72 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 5.3 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 110 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 55.4 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 100 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 900 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 150 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 75 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 108 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 300 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 81.48 | 0 | 0 | Expense Waive | 3/1/2010 | 3/1/2010 |
| 3/3/2011 | 3/3/2011 | N | 25 | 0 | 0 | Return Check Fees Waive | 3/1/2010 | 3/1/2010 |
| 2/28/2011 | 2/28/2011 | N | 0 | 0 | 0 | Regular/Spread | 3/1/2010 | 3/1/2010 |
| 2/28/2011 | 2/28/2011 | N | 0 | 0 | 0 | Altplan Suspense Adjustment | 2/1/2010 | 2/1/2010 |
| 2/28/2011 | 2/28/2011 | Y | 1,529.92 | 0 | 0 | Forbearance Payment | 2/1/2010 | 2/1/2010 |
| 1/27/2011 | 1/27/2011 | N | 0 | 0 | 0 | Regular/Spread | 2/1/2010 | 2/1/2010 |
| 1/27/2011 | 1/27/2011 | N | 0 | 0 | 0 | Altplan Suspense Adjustment | 1/1/2010 | 1/1/2010 |
| 1/27/2011 | 1/27/2011 | Y | 1,529.92 | 0 | 0 | Forbearance Payment | 1/1/2010 | 1/1/2010 |
| 12/7/2010 | 12/7/2010 | Y | 1,529.92 | 0 | 0 | Forbearance Payment | 1/1/2010 | 1/1/2010 |
| 11/16/2010 | 11/16/2010 | Y | 75 | 0 | 0 | Expense Payment | 1/1/2010 | 1/1/2010 |
| 9/23/2010 | 9/23/2010 | Y | 1,165.26- | 0 | 0 | Tax Escrow Disbursement-Town T | 1/1/2010 | 1/1/2010 |
| 8/19/2010 | 8/19/2010 | Y | 16.99- | 0 | 0 | Tax Escrow Disbursement-Town T | 1/1/2010 | 1/1/2010 |
| 6/17/2010 | 6/17/2010 | Y | 2,571.44- | 0 | 0 | Tax Escrow Disbursement-Town T | 1/1/2010 | 1/1/2010 |
| 1/4/2010 | 1/4/2010 | Y | 1,713.80 | 0 | 0 | Regular/Spread | 1/1/2010 | 1/1/2010 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2009 | 11/30/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 12/1/2009 | 12/1/2009 |
| 11/2/2009 | 11/2/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 11/1/2009 | 11/1/2009 |
| 10/2/2009 | 10/2/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 10/1/2009 | 10/1/2009 |
| 8/31/2009 | 8/31/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 9/1/2009 | 9/1/2009 |
| 7/15/2009 | 7/15/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 8/1/2009 | 8/1/2009 |
| 6/30/2009 | 6/30/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 7/1/2009 | 7/1/2009 |
| 5/18/2009 | 5/18/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 6/1/2009 | 6/1/2009 |
| 4/17/2009 | 4/17/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 5/1/2009 | 5/1/2009 |
| 3/17/2009 | 3/17/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 4/1/2009 | 4/1/2009 |
| 2/17/2009 | 2/17/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 3/1/2009 | 3/1/2009 |
| 1/16/2009 | 1/16/2009 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 2/1/2009 | 2/1/2009 |
| 12/16/2008 | 12/16/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 1/1/2009 | 1/1/2009 |
| 11/17/2008 | 11/17/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 12/1/2008 | 12/1/2008 |
| 10/14/2008 | 10/14/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 11/1/2008 | 11/1/2008 |
| 9/16/2008 | 9/16/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 10/1/2008 | 10/1/2008 |
| 8/15/2008 | 8/15/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 9/1/2008 | 9/1/2008 |
| 7/29/2008 | 7/29/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 8/1/2008 | 8/1/2008 |
| 6/16/2008 | 6/16/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 7/1/2008 | 7/1/2008 |
| 5/29/2008 | 5/29/2008 | Y | 1,713.80 | 0 | 0 | | | Regular/Spread | 6/1/2008 | 6/1/2008 |
| 5/22/2008 | 5/22/2008 | N | 1,713.80 | 0 | 0 | | | Payment Returned | 5/1/2008 | 5/1/2008 |
| 5/22/2008 | 5/22/2008 | Y | 1,713.80- | 0 | 0 | CB | | Regular Payment | 5/1/2008 | 5/1/2008 |
| 5/16/2008 | 5/16/2008 | Y | 1,713.80 | 0 | 0 | | 5/22/2008 | Regular Payment | 6/1/2008 | 6/1/2008 |
| 4/16/2008 | 4/16/2008 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 5/1/2008 | 5/1/2008 |
| 3/17/2008 | 3/17/2008 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 4/1/2008 | 4/1/2008 |
| 2/15/2008 | 2/15/2008 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 3/1/2008 | 3/1/2008 |
| 1/15/2008 | 1/15/2008 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 2/1/2008 | 2/1/2008 |
| 12/17/2007 | 12/17/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 1/1/2008 | 1/1/2008 |
| 11/15/2007 | 11/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 12/1/2007 | 12/1/2007 |
| 10/15/2007 | 10/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 11/1/2007 | 11/1/2007 |
| 9/17/2007 | 9/17/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 10/1/2007 | 10/1/2007 |
| 8/15/2007 | 8/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 9/1/2007 | 9/1/2007 |
| 7/16/2007 | 7/16/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 8/1/2007 | 8/1/2007 |
| 6/15/2007 | 6/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 7/1/2007 | 7/1/2007 |
| 5/15/2007 | 5/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 6/1/2007 | 6/1/2007 |
| 4/16/2007 | 4/16/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 5/1/2007 | |
| 3/15/2007 | 3/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 4/1/2007 | |
| 2/15/2007 | 2/15/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 3/1/2007 | |
| 1/16/2007 | 1/16/2007 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 2/1/2007 | |
| 12/15/2006 | 12/15/2006 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 1/1/2007 | |
| 11/15/2006 | 11/15/2006 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 12/1/2006 | |
| 10/16/2006 | 10/16/2006 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 11/1/2006 | |
| 9/15/2006 | 9/15/2006 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 10/1/2006 | |
| 8/15/2006 | 8/15/2006 | Y | 1,713.80 | 0 | 0 | | | Regular Payment | 9/1/2006 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/14/2006 | 7/14/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 8/1/2006 |
| 6/16/2006 | 6/16/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 7/1/2006 |
| 5/16/2006 | 5/16/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 6/1/2006 |
| 4/14/2006 | 4/14/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 5/1/2006 |
| 3/16/2006 | 3/16/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 4/1/2006 |
| 2/15/2006 | 2/15/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 3/1/2006 |
| 1/13/2006 | 1/13/2006 | Y | 1,713.80 | 0 | 0 | Regular Payment | 2/1/2006 |
| 12/16/2005 | 12/16/2005 | Y | 1,713.80 | 0 | 0 | Regular Payment | 1/1/2006 |
| 11/16/2005 | 10/17/2005 | N | 264,000.00- | 0 | 0 | Loan Disbursement | 12/1/2005 |

( )
Effective