**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE REGISTERED
HOLDERS OF AEGIS ASSET BACKED
SECURITIES TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2005-5

    Plaintiff

v.                                                                                            CASE No. 1:17-cv-00141-S-PAS

GILBERT LANTINI, II; PROVIDENCE
WATER SUPPLY BOARD ACTING BY
AND THROUGH THE CITY OF PROVIDENCE

    Defendants
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO THE**
**DEFENDANT, PROVIDENCE WATER SUPPLY BOARD ACTING BY AND**
**THROUGH THE CITY OF PROVIDENCE, ONLY**

**NOTICE IS HEREBY GIVEN THAT** Plaintiff hereby voluntarily dismisses the Defendant, Providence Water Supply Board acting by and through the City of Providence, only from this action without prejudice.

On April 11, 2017, the Providence Water Supply Board caused a Redemption Deed to be recorded with the Town of Johnston Land Evidence Records in Book 2583, Page 87 relative to a Collector's Deed recorded on October 13, 2016 in Book 2541, Page 235.

(signed on next page)

| | |
|---|---|
| May 5, 2017 | Respectfully Submitted,<br><br>U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5,<br>By its Attorney,<br><br>/s/ Catherine V. Eastwood<br>Catherine V. Eastwood, Esq., RI# 6406<br>Korde & Associates, P.C.<br>900 Chelmsford Street, Suite 3102<br>Lowell, MA 01851<br>(978) 256-1500 (ext. 249)<br>ceastwood@kordeassociates.com |