UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE REGISTERED
HOLDERS OF AEGIS ASSET BACKED
SECURITIES TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2005-5,

        Plaintiff,

v.                                                                       CASE No. 17-cv-00141-WES-PAS

GILBERT LANTINI, II; PROVIDENCE
WATER SUPPLY BOARD ACTING BY
AND THROUGH THE CITY OF
PROVIDENCE,

        Defendants.     /

## MOTION FOR SUMMARY JUDGMENT

      Plaintiff, U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5, hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56. The motion is supported by the Memorandum of Law, the Statement of Undisputed Material Facts, the Affidavit of Susan W. Cody and the Affidavit of Walter H. Porr, Jr., filed concurrently herewith.

Dated: March 16, 2018.                                   Respectfully Submitted,

                                                             U.S. Bank National Association, as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust, Mortgage Pass-Through Certificates, Series 2005-5, Plaintiff,
By its Attorney,

                                             /s/ Walter H. Porr, Jr., Esq.
                                             Walter H. Porr, Jr., Esq., RI Bar # 8967
                                             Korde & Associates, P.C.

900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 263)
wporr@kordeassociates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I caused this document to be filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice in this case.

The document electronically filed and served is available for viewing and/or downloading from the United State District Court for the District of Rhode Island's Electronic Case Filing System.

/s/ Walter H. Porr, Jr., Esq.
Walter H. Porr, Jr., Esq.,