# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5,**

     **Plaintiff,**

**v.**               **CASE No. 17-cv-00141-WES-PAS**

**GILBERT LANTINI, II; PROVIDENCE WATER SUPPLY BOARD ACTING BY AND THROUGH THE CITY OF PROVIDENCE,**

      **Defendants.**    /

## AFFIDAVIT OF SUSAN W. CODY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Susan W. Cody, depose on oath as follows:

1.  I am attorney associated with the law firm of Korde & Associates, P.C. (the "Firm") in Lowell, Massachusetts and have been duly licensed to practice law in the State of Rhode Island since 1999 (RI Bar # 6150).

2.  The Firm maintains an electronic case management system ("CMS") in which attorneys and legal assistants acting under the direction of the Firm's attorneys enter all case-related activity simultaneously or nearly simultaneously with the occurrence of such activity. CMS identifies the name of the attorney or legal assistant making the entry, the date and time such entry is made and a description of the activity (i.e., pleading filed, notice or correspondence sent, phone call received, etc.) as entered by the attorney or assistant making the entry. In addition, copies of pleadings, notices, affidavits, title examinations, title rundowns, correspondence and other documents relating to the case are uploaded to CMS.

1

3. In the course of preparing this affidavit, I have consulted the Firm's CMS system and the documents uploaded to such system in connection with the foreclosure action referenced in the Complaint.

4. On July 22, 2016, in my capacity as attorney for U.S. Bank, I sent the Borrower, Gilbert Lantini, II, and his Attorney, John Ennis, Notices of Default via certified and first class mail. True and accurate copies of said Notices are attached to the Complaint as Exhibit 6. See Complaint, ¶ 19.

5. At the time the Notices of Default were sent, Receipts for Certified Mail were received from the Post Office and uploaded into CMS. These Receipts, together with USPS Tracking Results for each Notice sent by certified mail, are attached hereto as Exhibit 1.

6. The USPS Tracking Results indicate that the Notice of Default sent to Attorney Ennis was delivered on July 25, 2016, and that the Notice of Default sent to the Borrower at the 23 Rotary Drive, Johnson, RI address was delivered on July 26, 2016.

7. On August 25, 2016, in my capacity as attorney for U.S. Bank, I sent the Borrower, Gilbert Lantini, II, and his Attorney, John Ennis, Notices of Acceleration via certified and first class mail. True and accurate copies of said Notices are attached to the Complaint as Exhibit 8. Complaint, ¶ 20.

8. At the time the Notices of Acceleration were sent, Receipts for Certified Mail were received from the Post Office and uploaded into CMS. These Receipts, together with USPS Tracking Results for each Notice sent by certified mail, along with the returned Return Receipt from the Notice sent to Attorney Ennis, are attached hereto as Exhibit 2.

9. The USPS Tracking Results indicate that the Notice of Acceleration sent to the Borrower at the 23 Rotary Drive, Johnson, RI address was delivered on August 27, 2016, and that

the Notice of Acceleration sent to Attorney Ennis was delivered on August 29, 2016. The returned green card for the Notice of Acceleration sent to Attorney Ennis was received by the Firm and scanned into CMS on September 1, 2016.

_____
Susan W. Cody, Esq.

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF MIDDLESEX

On this _16th_ day of March, 2018, before me, the undersigned Notary Public, personally appeared Susan W. Cody, personally known to the Notary to be the person who signed above in my presence and who swore or affirmed to the Notary that the contents of the document are truthful to the best of her knowledge.

HANNAH L. TAYLOR
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 25, 2022

Notary Public: _____

My commission expires: _November 25, 2022_

## CERTIFICATE OF SERVICE

I hereby certify that on March _____, 2018, I caused this document to be filed through the electronic filing system with electronic service completed on all parties registered therein to receive notice in this case.

The document electronically filed and served is available for viewing and/or downloading from the United State District Court for the District of Rhode Island's Electronic Case Filing System.

/s/ Walter H. Porr, Jr., Esq.
_____
Walter H. Porr, Jr., Esq.,

# EXHIBIT

# 1

9414 7266 9904 2072 0154 75

## TO:

Gilbert Lantini, II
c/o John Ennis, Esq
1200 Reservoir Avenue
Cranston, RI 02920

## SENDER: Rhode Island

## REFERENCE: Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

# USPS Tracking®

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package  ✛

**Tracking Number:** 9414726699042072015475      Remove ✕

Your item was delivered to an individual at the address at 8:47 am on July 25, 2016 in CRANSTON, RI 02920.

## ⊘ Delivered

July 25, 2016 at 8:47 am
DELIVERED, LEFT WITH INDIVIDUAL
CRANSTON, RI 02920

---

### Tracking History  ⌃

**July 25, 2016, 8:47 am**
Delivered, Left with Individual
CRANSTON, RI 02920
Your item was delivered to an individual at the address at 8:47 am on July 25, 2016 in CRANSTON, RI 02920.

---

**July 23, 2016, 11:28 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 11:32 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 8:55 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**July 22, 2016, 10:59 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**Product Information** 

See Less ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking
questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

## Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fg**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| (https://www.usps.com/help/welcome.htm) | (http://about.usps.com/) | (https://gateway.usps.com/) | (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index | Newsroom | Postal Inspectors | |
| (https://www.usps.com/globals/site-index.htm) | (http://about.usps.com/news/welcome.htm) | (https://postalinspectors.uspis.gov/) | Terms of Use |
| FAQs (http://faq.usps.com/) | USPS Service Updates | Inspector General | (http://about.usps.com/termsofuse.htm) |
| | (http://about.usps.com/news/service-alerts/welcome.htm) | (http://www.uspsoig.gov/) | FOIA |
| | Forms & Publications | Postal Explorer | (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | (http://about.usps.com/forms-publications/welcome.htm) | (http://pe.usps.gov/) | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | (https://www.usps.com/gov-services/gov-services.htm) | (http://www.postalmuseum.si.edu/) | |
| | | Resources for Developers | |
| | Careers | (https://www.usps.com/webtools/welcome.htm) | |
| | (http://about.usps.com/careers/welcome.htm) | | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)    (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

9414 7266 9904 2072 0154 68

**TO:**

Gilbert Lantini, II
23 Rotary Drive
Johnston, RI 02919

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

**USPS®**
# Receipt for
# Certified Mail®

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

# USPS Tracking®

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package ✚

**Tracking Number:** 9414726699042072015468

Remove ✕

Your item was delivered at 3:43 pm on July 26, 2016 in JOHNSTON, RI 02919.

## ⊘ Delivered

July 26, 2016 at 3:43 pm
DELIVERED
JOHNSTON, RI 02919

---

**Tracking History** ⌃

**July 26, 2016, 3:43 pm**
Delivered
JOHNSTON, RI 02919
Your item was delivered at 3:43 pm on July 26, 2016 in JOHNSTON, RI 02919.

---

**July 25, 2016, 3:02 pm**
Notice Left (No Authorized Recipient Available)
JOHNSTON, RI 02919

---

**July 23, 2016, 11:28 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 11:32 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 8:55 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**July 22, 2016, 10:59 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**Product Information** 

---

See Less ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking
questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

## Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment. app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
| --- | --- | --- | --- |
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

  (https://www.facebook.com/USPS?rf=108501355848630)

(https://twitter.com/usps)  (http://www.pinterest.com/uspsstamps/)

 **(https://www.youtube.com/usps)**

9414 7266 9904 2072 0154 51

**TO:**

Gilbert Lantini, II
94 Taylor Drive
North Smithfield, RI 02896

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

CHELMSFORD MA
JUL 22 2016
U.S.P.S.

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

# USPS Tracking®

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package  ✛

**Tracking Number:** 9414726699042072015451

Remove ✕

**Expected Delivery on**

# WEDNESDAY
# 24 AUGUST 2016 ⓘ      │  by 8:00pm ⓘ

## ⊘ **Delivered**

August 24, 2016 at 9:04 am
DELIVERED, LEFT WITH INDIVIDUAL
LOWELL, MA 01851

---

**Tracking History**                                              ⌃

**August 24, 2016, 9:04 am**
Delivered, Left with Individual
LOWELL, MA 01851
Your item was delivered to an individual at the address at 9:04 am on August 24, 2016 in LOWELL, MA
01851.

**August 24, 2016, 7:58 am**
Out for Delivery
LOWELL, MA 01854

**August 24, 2016, 7:48 am**
Sorting Complete
LOWELL, MA 01854

**August 24, 2016, 7:03 am**
Arrived at Unit
LOWELL, MA 01854

**August 23, 2016, 3:00 pm**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**August 22, 2016, 10:19 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**August 21, 2016, 3:27 pm**
Departed USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

**August 19, 2016, 4:42 pm**
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

**August 16, 2016, 9:35 am**
Unclaimed/Being Returned to Sender
WOONSOCKET, RI 02895

**July 25, 2016, 12:07 pm**
Notice Left (No Authorized Recipient Available)
NORTH SMITHFIELD, RI 02896

**July 25, 2016, 7:39 am**
Arrived at Unit
WOONSOCKET, RI 02895

**July 23, 2016, 11:28 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**July 23, 2016, 11:32 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**July 23, 2016, 8:55 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**July 22, 2016, 10:59 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

## Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

## Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

**(https://www.usps.com/)**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**

 **(https://twitter.com/usps)**    **(http://www.pinterest.com/uspsstamps/)**

 **(https://www.youtube.com/usps)**

9414 7266 9904 2072 0154 82

**TO:**

Gilbert Lantini, II
2075 Plainfield Pike
Johnston, RI 02919

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

| PS Form 3800, January 2005 | | 0.465 |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 3.30 |
| | Certified Fee | 2.70 |
| | Return Receipt Fee | |
| | Restricted Delivery | 6.465 |
| | Total Postage & Fees | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

CHELMSFORD MA 01824
JUL 22 2010
U.S.P.S.

# USPS Tracking®

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package ✛

**Tracking Number:** 9414726699042072015482                    Remove ✕

**Expected Delivery on**

# THURSDAY

# 4 AUGUST 2016 ⓘ | by **8:00pm** ⓘ

## ⊘ Delivered

August 4, 2016 at 9:08 am
DELIVERED, LEFT WITH INDIVIDUAL
LOWELL, MA 01851

---

**Tracking History**                                              ⌃

**August 4, 2016, 9:08 am**
Delivered, Left with Individual
LOWELL, MA 01851
Your item was delivered to an individual at the address at 9:08 am on August 4, 2016 in LOWELL, MA 01851.

**August 4, 2016, 7:23 am**
Out for Delivery
LOWELL, MA 01854

**August 4, 2016, 7:17 am**
Arrived at Unit
LOWELL, MA 01854

**August 4, 2016, 7:13 am**
Sorting Complete
LOWELL, MA 01854

---

**August 3, 2016, 3:30 pm**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**August 3, 2016, 11:55 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**August 2, 2016, 8:45 am**
Departed USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

---

**July 30, 2016, 12:36 pm**
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

---

**July 23, 2016, 11:28 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 11:32 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**July 23, 2016, 8:55 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**July 22, 2016, 10:59 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

## Product Information



**See Less** ⋀

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)   (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

# EXHIBIT

# 2

9414 7266 9904 2078 6680 40

**TO:**

Gilbert Lantini, II
23 Rotary Drive
Johnston, RI 02919

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

# USPS Tracking®

## Track Another Package ✚

**Tracking Number:** 9414726699042078668040

Remove ✕

Your item was delivered to an individual at the address at 3:34 pm on August 27, 2016 in JOHNSTON, RI 02919.

## ⊘ Delivered

August 27, 2016 at 3:34 pm
DELIVERED, LEFT WITH INDIVIDUAL
JOHNSTON, RI 02919

---

**Tracking History** ⌃

**August 27, 2016, 3:34 pm**
Delivered, Left with Individual
JOHNSTON, RI 02919
Your item was delivered to an individual at the address at 3:34 pm on August 27, 2016 in JOHNSTON, RI 02919.

**August 26, 2016, 9:48 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**August 26, 2016, 7:40 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

**August 25, 2016, 10:57 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

## Product Information 

**See Less** ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

# Sign Up

## (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)    (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

9414 7266 9904 2078 6683 09

## TO:

Gilbert Lantini, II
c/o John Ennis, Esq
1200 Reservoir Avenue
Cranston, RI 02920

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

POSTMARK OR DATE

AUG 25 2010

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

# USPS Tracking®

**FAQs › (http://faq.usps.com/?articleId=220900)**

## Track Another Package  +

**Tracking Number:** 9414726699042078668309

Remove ✕

Your item was delivered to an individual at the address at 9:33 am on August 29, 2016 in CRANSTON, RI 02920.

## ✅ Delivered

August 29, 2016 at 9:33 am
DELIVERED, LEFT WITH INDIVIDUAL
CRANSTON, RI 02920

---

### Tracking History                                                ⌃

**August 29, 2016, 9:33 am**
Delivered, Left with Individual
CRANSTON, RI 02920
Your item was delivered to an individual at the address at 9:33 am on August 29, 2016 in CRANSTON, RI 02920.

---

**August 26, 2016, 9:48 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 26, 2016, 7:40 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 25, 2016, 10:57 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

## Product Information 

See Less ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking
questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

• See images* of incoming mail.

• Automatically track the packages you're expecting.

• Set up email and text alerts so you don't need to enter tracking numbers.

• Enter USPS Delivery Instructions™ for your mail carrier.

## Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)    (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

## 2. Article Number

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9414 7266 9904 2078 6683 09

## 3. Service Type  **CERTIFIED MAIL®**

## 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Gilbert Lantini, II
c/o John Ennis, Esq
1200 Reservoir Avenue
Cranston, RI 02920

Lantini, Gilbert/BFB/10-001520 FC02-RI

PS Form 381

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X  *a Blues*

**RECEIVED**
*By gstemn at 5:46 pm, 9/1/16*

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

9414 7266 9904 2078 6680 33

**TO:**

Gilbert Lantini, II
94 Taylor Drive
North Smithfield, RI 02896

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.465 |
|---|---|---|
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package ✛

**Tracking Number:** 9414726699042078668033

Remove ✕

Your item has been delivered to the original sender at 9:21 am on October 4, 2016 in LOWELL, MA 01851.

## ⊘ Delivered

October 4, 2016 at 9:21 am
DELIVERED, TO ORIGINAL SENDER
LOWELL, MA 01851

---

### Tracking History ⌃

**October 4, 2016, 9:21 am**
Delivered, To Original Sender
LOWELL, MA 01851
Your item has been delivered to the original sender at 9:21 am on October 4, 2016 in LOWELL, MA 01851.

**October 4, 2016, 7:46 am**
Sorting Complete
LOWELL, MA 01854

**October 4, 2016, 7:02 am**
Arrived at Unit
LOWELL, MA 01854

**October 3, 2016, 9:06 am**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

**October 2, 2016, 12:55 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**October 1, 2016, 11:41 am**
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

---

**September 21, 2016, 1:23 pm**
Unclaimed/Being Returned to Sender
WOONSOCKET, RI 02895

---

**August 27, 2016, 3:38 pm**
Notice Left (No Authorized Recipient Available)
NORTH SMITHFIELD, RI 02896

---

**August 27, 2016, 8:20 am**
Out for Delivery
WOONSOCKET, RI 02895

---

**August 27, 2016, 8:10 am**
Sorting Complete
WOONSOCKET, RI 02895

---

**August 27, 2016, 6:54 am**
Arrived at Unit
WOONSOCKET, RI 02895

---

**August 26, 2016, 9:48 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 26, 2016, 7:40 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 25, 2016, 10:57 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

## Product Information 

**See Less** ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking
questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

# Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment. **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**

 **(https://twitter.com/usps)**   **(http://www.pinterest.com/uspsstamps/)**

 **(https://www.youtube.com/usps)**

9414 7266 9904 2078 6687 98

**TO:**

Gilbert Lantini, II
2075 Plainfield Pike
Johnston, RI 02919

**SENDER:** Rhode Island

**REFERENCE:** Lantini, Gilbert/BFB/10-001520
FC02-RI

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.465 |
| | Certified Fee | 3.30 |
| | Return Receipt Fee | 2.70 |
| | Restricted Delivery | |
| | Total Postage & Fees | 6.465 |

POSTMARK OR DATE

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 9414726699042078668798

Remove ✕

**Expected Delivery on**

# TUESDAY
# 20 SEPTEMBER 2016 ⓘ

by
**8:00pm** ⓘ

## ⊘ Delivered

September 20, 2016 at 9:21 am
DELIVERED, LEFT WITH INDIVIDUAL
LOWELL, MA 01851

---

### Tracking History ⌃

**September 20, 2016, 9:21 am**
Delivered, Left with Individual
LOWELL, MA 01851
Your item was delivered to an individual at the address at 9:21 am on September 20, 2016 in LOWELL, MA 01851.

---

**September 20, 2016, 7:57 am**
Out for Delivery
LOWELL, MA 01854

---

**September 20, 2016, 7:47 am**
Sorting Complete
LOWELL, MA 01854

---

**September 20, 2016, 6:58 am**
Arrived at Unit
LOWELL, MA 01854

---

**September 19, 2016, 10:33 pm**
Departed USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**September 18, 2016, 12:05 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**September 17, 2016, 9:37 am**
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

---

**September 13, 2016, 12:56 pm**
Unclaimed/Being Returned to Sender
JOHNSTON, RI 02919

---

**August 27, 2016, 11:53 am**
Notice Left (No Authorized Recipient Available)
JOHNSTON, RI 02919

---

**August 26, 2016, 9:48 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 26, 2016, 7:40 am**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 25, 2016, 10:57 pm**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

## Product Information



**See Less** ∧

# Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

**HELPFUL LINKS**

Contact Us (https://www.usps.com/help/welcome.htm)

Site Index (https://www.usps.com/globals/site-index.htm)

FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)

Newsroom (http://about.usps.com/news/welcome.htm)

USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm)

Forms & Publications (http://about.usps.com/forms-publications/welcome.htm)

Government Services (https://www.usps.com/gov-services/gov-services.htm)

Careers (http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway (https://gateway.usps.com/)

Postal Inspectors (https://postalinspectors.uspis.gov/)

Inspector General (http://www.uspsoig.gov/)

Postal Explorer (http://pe.usps.gov/)

National Postal Museum (http://www.postalmuseum.si.edu/)

Resources for Developers (https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)

Terms of Use (http://about.usps.com/termsofuse.htm)

FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)

No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)     (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)